**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN ADRIAN MILLNER,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>          Defendant. | Case No.: 1:24-cv-00495 JLT SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE GRANTED, THE FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE REVERSED, AND THE ACTION BE REMANDED TO THE COMMISSIONER FOR FURTHER PROCEEDINGS<br><br>(Docs. 13, 20) |

Brian Adrian Millner filed a complaint under 42 U.S.C. §§ 405(g) and 1383(c) seeking judicial review of a final decision of the Commissioner of Social Security denying his applications for disability insurance benefits and Supplemental Security Income under the Social Security Act.  (Doc. 1.)

The assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be granted and the final decision of the Commissioner of Social Security be reversed.  (Doc. 20.)  The magistrate judge recommended that the action be

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration.  *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07.  He is therefore substituted as the defendant in this action.  *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

remanded to the Commissioner for further proceedings because the ALJ's residual functional capacity determination was not supported by substantial evidence.

The Court granted the parties 14 days from the date of service to file objections to the recommendation of the magistrate judge.  (Doc. 20 at 11.)  The Court advised the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  Thus, any objections were due no later than June 11, 2026.  To date, no objections have been filed.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  The findings and recommendations are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed May 28, 2026 (Doc. 20) are **ADOPTED IN FULL**.

2. Plaintiff's motion for summary judgment (Doc. 13) is **GRANTED.**

3. The final decision of the Commissioner of Social Security is **REVERSED.**

4. This matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this decision.

5. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff Brian Adrian Millner, and against Defendant Commissioner of Social Security, and to **CLOSE** this action.

IT IS SO ORDERED.

Dated:   **June 28, 2026**

UNITED STATES DISTRICT JUDGE

2