**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN ADRIAN MILLNER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:24-cv-0495 JLT SKO<br>ORDER AWARDING ATTORNEY'S FEES AND COSTS<br>(Doc. 24) |

Brian Adrian Millner and the Commissioner of Social Security stipulated[1] that Plaintiff shall be awarded fees and expenses in the amount of $6,700.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and $405.00 in costs under 28 U.S.C. § 1920. (Doc. 21 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $6,700.00 pursuant to 28 U.S.C. § 2412(d) and costs in the amount of $405.00, for a total award of $**7,105.00**.

IT IS SO ORDERED.

Dated: September 27, 2026

UNITED STATES DISTRICT JUDGE

[1] The only differences between initial stipulation (Doc. 19) and the amended stipulation (Doc. 21) are the signature dates.